IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| XPOINT TECHNOLOGIES, INC., | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| V. | ) | |
| | ) | |
| INTEL CORPORATION, FARSTONE | ) | |
| TECHNOLOGY, INC., ACRONIS INC., | ) | CA: 09-26-UNA |
| HEWLETT-PACKARD COMPANY, | ) | |
| DELL INC., MICROSOFT | ) | |
| CORPORATION, ACER INC., ACER | ) | |
| AMERICA CORPORATION, GATEWAY | ) | |
| INC., TOSHIBA CORPORATION, AND | ) | |
| TOSHIBA AMERICA, INC. | ) | |
| | ) | |
| Defendants. | ) | |
| | ) | |

AFFIDAVIT

I, Debra Z. Smith, Deputy Clerk, being first sworn, depose and say that pursuant to Rule 4(f)(2)(C)(ii) of the Federal Rules of Civil Procedure, I did send on January 16, 2009 by Registered Mail, U.S. Postal Service, a Summons, Complaint, and Notice/Consent of Availability of a United State Magistrate Judge to Exercise Jurisdiction in the above referenced case to the following addresses:

      1) Acer Inc.
         8F, 88 Sec. 1, Hsin Tai Wu Road
         Hsichih, Taipei, Hsien 221
         Taiwan, Republic of China

2) Toshiba Corporation
   1-1, Shibaura 1-Chrome
   Minato-Ku, Tokyo 105-8001
   Japan

_____
Debra Z. Smith
Deputy Clerk

Sworn to and subscribed before me
this 16th Day of January, 2009

_____
Elizabeth Strickler
Deputy Clerk