OFFICE OF THE CLERK
**UNITED STATES DISTRICT COURT**
DISTRICT OF DELAWARE

Peter T. Dalleo
CLERK OF COURT

LOCKBOX 18
844 KING STREET
U.S. COURTHOUSE
WILMINGTON, DELAWARE 19801
(302) 573-6170
www.ded.uscourts.gov

January 16, 2009

**REGISTERED MAIL**
**RETURN RECEIPT REQUESTED**

Acer Inc.
8F 88 Sec 1, Hsin Tai Wu Road
Hsichi, Taipei, Hsien 221
Taiwan, Republic of China


Toshiba Corporation
1-1, Shibaura 1-Chrome
Minato- Ku, Tokyo 105-8001
Japan


RE:   *Xpoint Technologies, Inc. V. Intel Corp. et al., C.A. No. 09-cv-26*


Dear Sir/Madam:

   Enclosed please find a copy of the summons and the complaint in the above noted case. This service is made pursuant to Federal Rules of Civil Procedure, Rule 4 (f)(2)(C)(ii).

   Also enclosed is a Notice/Consent of Availability form, for Exercise of Jurisdiction by a United States Magistrate Judge.


                                         Sincerely,

                                         PETER T. DALLEO
                                         Clerk

*Francesca Scarpato*
Francesca Scarpato
BY: Deputy Clerk


cc:   Bouchard, Margules, & Friedlander