Clerk
U.S. District Court
844 N. King Street, Lockbox 18
Wilmington, DE 19801

RR 365 995 517 US

ACER INC.
8F, 88 SEC. 1, HSIN TAI WU ROAD
HSICHIH, TAIPEI, HSIEN 221
TAIWAN, REPUBLIC OF CHINA

Registered No. RR 365 995 517 US

Reg. Fee $10.80
Handling Charge $0.00
Postage $13.40
Received by [signature]
Customer Must Declare Full Value $

Date Stamp: JAN 16 2009 WILMINGTON DE 19801

FROM:
CLERK, DISTRICT COURT OF
DELAWARE
844 N. KING ST
WILMINGTON DE 19801

TO:
ACER, INC.
8F-58 SEC 1, HSIN TAI WU ROAD
HSICHIH, TAIPEI, HSIEN 221
TAIWAN, REPUBLIC OF CHINA

09cv26

PS Form 3806, Receipt for Registered Mail
May 2004 (7530-02-000-9051)

[Registered Mail receipt, PS Form 3806, No. RR 365 995 503 US, postmarked Wilmington DE 19801, Rodney Square Station, JAN 16 2009]

FROM: Clerk, District Court of Delaware, 844 N King St, Wilmington DE 19801

TO: Toshiba Corporation, 1-1 Shibaura 1-Chrome, Minato-Ku, Tokyo 105-8001, Japan

09cv26

---

Clerk
U.S. District Court
844 N. King Street, Lockbox 18
Wilmington, DE 19801

RR 365 995 503 US

TOSHIBA CORPORATION
1-1, SHIBAURA 1-CHROME
MINATO-KU, TOKYO 105-8001
JAPAN