

MAR 19 2009

| Item Description (Nature de l'envoi) | ☑ Registered Article (Envoi recommandé) | ☐ Letter (Lettre) | ☐ Printed Matter (Imprimé) | ☐ Other (Autre) | Recorded Delivery ☐ (Envoi à livraison attestée) | Express ☐ Mail International |
|---|---|---|---|---|---|---|
| ☐ Insured Parcel (Colis avec valeur déclarée) | | Insured Value (Valeur déclarée) | | | Article Number RR 365 995 503 | |
| Office of Mailing (Bureau de dépôt) | | | | | Date of Posting (Date de dépôt) | |

Addressee Name or Firm (Nom ou raison sociale du destinataire)
TOSHIBA CORPORATION
Street and No. (Rue et No.)
1-1 SHIBAURA 1-CHROME
Place and Country (Localité et pays)
MINATO-KU TOKYO 105-8001 JAPAN

☐ The article mentioned above was delivered.
   (L'envoi mentionné ci-dessus a été dûment livré.)

Signature of Addressee (Signature du destinataire)   Office of Destination Employee Signature (Signature de l'agent du bureau de destination)   Date

PS Form 2865, February 1997 (Reverse)   LONGARY 09cv26

TOSHIBA BLDG   26. 1L 09 JAPAN   TOSHIBA BLDG   26. 1. 09 JAPAN