## UNITED STATES DISTRICT COURT
## DISTRICT OF DELAWARE

XPOINT TECHNOLOGIES, INC.,

Plaintiff,

-against-

INTEL CORPORATION, et al.,

Defendants.

Civil Action No. 09-CV-00026-SLR

## STIPULATION

Plaintiff Xpoint Technologies Inc. ("Xpoint") and the Undersigned Defendants[1] jointly submit the following Stipulation resolving their dispute concerning Xpoint's pending motion for leave to amend (D.I. 340). Xpoint and the Undersigned Defendants respectfully request that the Court enter the following stipulated provisions and grant Xpoint's motion for leave to amend.

WHEREAS, Xpoint has moved for leave to amend its complaint in this action to assert Xpoint's recently issued U.S. Patent No. 7,689,861 (the "New Patent");

WHEREAS, prior to the filing of Xpoint's motion for leave to amend (the "Motion to Amend"), Xpoint and the Undersigned Defendants had discussed a possible arrangement under which the Undersigned Defendants would not oppose Xpoint's motion;

WHEREAS, all of the Defendants opposed Xpoint's Motion to Amend, and the motion is now fully briefed;

---

[1]  The "Undersigned Defendants" include all but two of the Defendants named in this action. Defendant Symantec Corporation continues to oppose the Motion to Amend. Defendant Acronis Corporation has entered into an agreement with Xpoint to settle this matter, and Xpoint expects to seek dismissal of Acronis in the near future.

WHEREAS, on June 25, 2010, after briefing on the Motion to Amend had been completed, the Court-appointed Special Master in this action issued Special Master Order No. 14, which resolved a previous area of disagreement between Xpoint and Defendant Symantec Corporation;

WHEREAS, Xpoint and the Undersigned Defendants seek to obtain an expeditious resolution to the outstanding Motion to Amend in light of a number of approaching discovery deadlines; and

WHEREAS, in light of Special Master Order No. 14, Xpoint and the Undersigned Defendants agree that it is in the interest of judicial economy for the Court to grant Xpoint's Motion to Amend, subject to the following terms;

XPOINT AND THE UNDERSIGNED DEFENDANTS Intel Corporation, FarStone Technology, Inc., Hewlett-Packard Company, Dell Inc., Microsoft Corp., Acer Inc., Acer America Corp., Gateway Inc., Toshiba Corp., Toshiba America Information Systems, Inc., ASUSTeK Computer Inc., ASUS Computer International, Sony Corp., Sony Corp. of America, Sony Electronics Inc., SAS, and SoftThinks USA Inc. STIPULATE, subject to the approval of the Court, that:

1. Xpoint's Motion to Amend is granted.  Xpoint is directed to file its Second Amended Complaint.

2. Xpoint shall provide infringement contentions for the New Patent within 30 days after all Defendants serve their Answers to Xpoint's Second Amended Complaint.

3. Defendants shall provide invalidity and non-infringement contentions for the existing patents-in-suit and the New Patent, 60 and 45 days respectively after service of the Xpoint infringement contentions described above.

4. Xpoint will not use the amendment or this Stipulation as justification for amending its infringement contentions, accusing additional products, asserting additional claims, or amending its interrogatory responses to accuse new products of infringement, except as permitted above. Notwithstanding the foregoing, Xpoint reserves all of its rights to accuse new products of infringement (and to amend its list of asserted claims) based on other reasons. For example, Xpoint reserves the right to amend its list of accused products and asserted claims based on information it receives during discovery. Defendants likewise reserve all of their rights in this regard, including their rights to object to any such amendment(s), assertion(s), or accusation(s).

5. Xpoint will not use the amendment or this Stipulation to seek to extend other past deadlines in the case. For example, Xpoint will not use the amendment or this Stipulation to reopen document discovery. Xpoint will also not use the amendment or this Stipulation to add additional accused products for the New Patent that are not already specifically identified as accused for the existing patents-in-suit. Notwithstanding the foregoing, Xpoint reserves all of its rights to request new discovery and accuse additional products based on other reasons. Defendants likewise reserve all of their rights in this regard, including their rights to object.

6. All other deadlines in the case are extended as follows:

   - Fact discovery shall be completed by December 17, 2010;

   - Expert discovery shall be completed by March 11, 2011;

   - Expert reports on issues for which the parties have the burden of proof shall be served by December 21, 2010, and rebuttal expert reports shall be served by January 28, 2011;

- All summary judgment motions shall be filed by May 27, 2011, answering briefs by June 24, 2011, and reply briefs by July 8, 2011;

- Parties shall exchange lists of claim terms they believe need construction and proposed claim construction of those terms by November 18, 2010.

- A Joint Claim Construction Statement shall be filed by April 22, 2011, simultaneous opening claim construction briefs by May 20, 2011, and simultaneous response briefs by June 24, 2011;

- A hearing on claim construction and motion(s) for summary judgment is set for August 26, 2011, at 9:30 a.m./p.m.;

- Parties shall serve lists of fact witnesses by April 11, 2011.

- Parties shall serve lists of rebuttal fact witnesses by May 11, 2011.

- A pretrial conference is set for December 13, 2011, at 3:30 a.m/p.m. and

- The trial is to commence on January 3, 2012;

SO STIPULATED:

| | |
|---|---|
| BOUCHARD MARGULES & FRIEDLANDER, P.A.<br><br>/s/ Sean M. Brennecke<br>David J. Margules, Esquire (#2254)<br>Sean M. Brennecke, Esquire (#4686)<br>222 Delaware Avenue – Suite 1400<br>Wilmington, DE 19801<br>(302) 573-3500<br>dmargules@BMF-law.com<br>sbrennecke@bmf-law.com<br>*Attorneys for Xpoint Technologies, Inc.* | MORRIS, NICHOLS, ARSHT & TUNNELL LLP<br><br>/s/ Rodger D. Smith II<br>Rodger D. Smith II (#3778)<br>1201 North Market Street<br>P.O. Box 1347<br>Wilmington, DE 19899-1347<br>(302) 351-9200<br>jblumenfeld@mnat.com<br>rsmith@mnat.com<br>psaindon@mnat.com<br>*Attorneys for Defendant Sony Corporation, Sony Corporation of America and Sony Electronics Inc.* |
| POTTER ANDERSON & CORROON LLP<br><br>/s/ Richard L. Horwitz<br>Richard L. Horwitz, Esquire (#2246)<br>David E. Moore, Esquire (#3983)<br>Hercules Plaza – 6th Floor<br>1313 North Market Street<br>Wilmington, DE 19801<br>(302) 984-6000<br>rhorwitz@potteranderson.com<br>dmoore@potteranderson.com<br>*Attorneys for Intel Corporation, SoftThinks SAS and SoftThinks USA Inc.* | YOUNG CONAWAY STARGATT & TAYLOR, LLP<br><br>/s/ Adam W. Poff<br>Adam W. Poff, Esquire (#3990)<br>John W. Shaw, Esquire (#3362)<br>Pilar G. Kraman, Esquire (#5199)<br>The Brandywine Building – 17th Floor<br>1000 West Street<br>Wilmington, DE 19801<br>(302) 576-3586<br>pkraman@ycst.com<br>apoff@ycst.com<br>*Attorneys for ASUSTeK Computer Incorporated and ASUS Computer International* |
| CROSS & SIMON, LLC<br><br>/s/ Sean T. O'Kelly<br>Sean T. O'Kelly, Esquire (#4349)<br>Christopher P. Simon, Esquire (#3697)<br>913 North Market Street – 11th Floor<br>Wilmington, DE 19801<br>(302) 777-4200<br>sokelly@crosslaw.com<br>csimon@crosslaw.com<br>*Attorneys for Hewlett-Packard Company* | RICHARDS, LAYTON & FINGER, P.A.<br><br>/s/ Sara R. Stafford<br>Jeffrey L. Moyer, Esquire (#3309)<br>Sarah R. Stafford, Esquire (#5234)<br>One Rodney Square<br>920 North King Street<br>Wilmington, DE 19801<br>302-651-7700<br>moyer@rlf.com<br>Stafford@rlf.com<br>*Attorneys for Dell Inc.* |

| ASHBY & GEDDES | ASHBY & GEDDES |
|---|---|
| /s/ Andrew C. Mayo<br>John G. Day, Esquire (#2403)<br>Tiffany Geyer Lydon, Esquire (#3950)<br>Andrew C. Mayo, Esquire (#5207)<br>500 Delaware Avenue – 8th Floor<br>Wilmington, DE  19801<br>(302) 654-1888<br>sbalick@ashby-geddes.com<br>tlydon@ashby-geddes.com<br>AMayo@ashby-geddes.com<br>*Attorneys for Toshiba Corporation, Toshiba America Information Systems, Inc.,* | /s/ Andrew C. Mayo<br>Steven J. Balick, Esquire (#2114)<br>Tiffany Geyer Lydon, Esquire (#3950)<br>Andrew C. Mayo, Esquire (#5207)<br>500 Delaware Avenue – 8th Floor<br>Wilmington, DE  19801<br>(302) 654-1888<br>sbalick@ashby-geddes.com<br>tlydon@ashby-geddes.com<br>AMayo@ashby-geddes.com<br>*Attorneys for Acer Inc., Acer America Corporation and Gateway Inc.* |
| FISH & RICHARDSON, P.C.<br><br>/s/ Thomas Lee Halkowski<br>Thomas Lee Halkowski, Esquire (#4009)<br>222 Delaware Avenue – 17th Floor<br>Wilmington, DE  19801<br>(302) 652-5070<br>halkowski@fr.com<br>*Attorneys for Microsoft Corporation* | /s/ Timothy Joseph Weiler<br>Timothy Joseph Weiler, Esquire (#2363)<br>831 N. Tatnall Street<br>Suite 200<br>Wilmington, DE  19801<br>(302) 658-6900<br>timweiler@comcast.net<br>*Attorneys for FarStone Technologies, Inc.* |

August 5, 2010

So Ordered, this ____17th____ day of __August__, 2010.

_____
The Honorable Sue L. Robinson