IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| XPOINT TECHNOLOGIES, INC.<br>　　　　Plaintiff,<br>　v.<br>INTEL CORPORATION, ET AL.,<br>　　　　Defendants. | CIVIL ACTION NO. 09-CV-0026 (SLR) |

## JOINT MOTION TO DISMISS

WHEREAS, Plaintiff Xpoint Technologies, Inc. ("Xpoint") and Defendant Farstone Technology, Inc. ("Farstone") have resolved Xpoint's claims for relief against Farstone and Farstone's counterclaims for relief against Xpoint asserted in this case.

NOW, THEREFORE, Xpoint and Farstone, through their attorneys of record, request this Court to dismiss Xpoint's claims for relief against Farstone and Farstone's counterclaims for relief against Xpoint, with prejudice and with all attorneys' fees, costs of court and expenses borne by the party incurring same.

| | |
|---|---|
| BOUCHARD MARGULES<br>  & FRIEDLANDER, P.A. | TIMOTHY J. WEILER, ESQ. |
| /s/ Sean M. Brennecke<br>David J. Margules (#2254)<br>Sean M. Brennecke (#4686)<br>Jeffrey M. Gorris (#5012)<br>222 Delaware Ave., Suite 1400<br>Wilmington, DE 19801<br>Phone: (302) 573-3500<br>Fax: (302) 573-3501<br>dmargules@bmf-law.com<br>sbrennecke@bmf-law.com<br>jgorris@bmf-law.com | /s/ Timothy J. Weiler<br>Timothy J. Weiler (#2326)<br>831 N. Tatnall Street, Suite 200<br>Wilmington, DE 19801<br>(302) 658-6900<br>timweiler@comcast.net |
| BERNSTEIN LITOWITZ BERGER<br>  & GROSSMANN LLP<br>Chad Johnson<br>Joshua L. Raskin<br>Jai Chandrasekhar<br>Sean O'Dowd<br>1285 Avenue of the Americas<br>New York, NY 10019<br>Phone: (212) 554-1400<br>Fax: (212) 554-1444 | LAW OFFICES OF GARY F. WANG<br><br>Gary F. Wang<br>215 North Marengo Ave., Suite 352<br>Pasadena, CA 91101-1503<br>(626) 585-8001<br>garywang@gfwanglaw.com<br><br>*Attorneys for Defendant*<br>*Farstone Technology, Inc.* |

SUGHRUE MION, PLLC
William H. Mandir
John F. Rabena
Kelly G. Hyndman
Brian K. Shelton
Eric S. Barr
2100 Pennsylvania Ave., N.W.
Washington, DC 20037
Phone: (202) 663-7959
Fax: (202) 293-7860

*Attorneys for Plaintiff*
*Xpoint Technologies, Inc*

June 15, 2011

{BMF-W0255547.}

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| XPOINT TECHNOLOGIES, INC.<br>    Plaintiff,<br> v.<br>INTEL CORPORATION, ET AL.,<br>    Defendants. | CIVIL ACTION NO. 09-CV-0026 (SLR) |

## ORDER OF DISMISSAL WITH PREJUDICE

On this day, Plaintiff Xpoint Technologies, Inc. ("Xpoint") and Defendant and Counterclaim-Plaintiff Farstone Technology, Inc. ("Farstone") announced to the Court that they have settled Xpoint's claims for relief against Farstone and Farstone's counterclaims for relief against Xpoint asserted in this case. Xpoint and Farstone have therefore requested that the Court dismiss Xpoint's claims for relief against Farstone and Farstone's counterclaims for relief against Xpoint, with prejudice and with all attorneys' fees, costs and expenses taxed against the party incurring same. The Court, having considered this request, is of the opinion that their request for dismissal should be granted.

IT IS THEREFORE ORDERED that Xpoint's claims for relief against Farstone and Farstone's counterclaims for relief against Xpoint are dismissed with prejudice. IT IS FURTHER ORDERED that all attorneys' fees, costs of court and expenses shall be borne by each party incurring the same.

_____

United States District Judge